JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Jeremy Wayne Dobbs, ) | Case No. 1:19-CV-01449 |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | FOR EXTENSION OF TIME |
| vs. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

from May 13, 2020 to June 12, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S

OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended

accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that

the requested extension is necessary due several merit briefs being due on the same week.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and

Court for any inconvenience this may cause.

Respectfully submitted,

1

Dated: May 6, 2020                      PENA & BROMBERG, ATTORNEYS AT LAW


                                   By: */s/ Jonathan Omar Pena*
                                       JONATHAN OMAR PENA
                                       Attorneys for Plaintiff


Dated: May 6, 2020                      MCGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                   By:  */s/ Daniel P. Talbert*
                                        Daniel P. Talbert
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant
                                        (*As authorized by email on May 6, 2020)

## <u>ORDER</u>

The Scheduling Order allows a single thirty-day extension of any part of the Scheduling Order by stipulation of the parties without the Court's approval.  (Doc. No. 5.)  This is the first extension requested by the parties and therefore Plaintiff shall have an extension of time to file and serve his Opening Brief.  Plaintiff's Opening Brief shall be filed and served on or before June 12, 2020.   All other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

The parties are reminded that any future requests for extensions will require a demonstrated showing of good cause.  (*See* Doc. No. 5.)  Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.


IT IS SO ORDERED.

Dated:   **May 7, 2020**                        /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE